# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

LISA DORRIS,

    Plaintiff,

v.                                        Case No.   3:23-cv-618-MMH-PDB

SUWANEE COUNTY SCHOOL DISTRICT,

    Defendant.

_____

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 24; Stipulation) filed on March 7, 2024. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear her or its own attorney's fees and costs.

3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 8th day of March, 2024.

_____
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record